```
              IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

EMBERY J. McBRIDE,                  *

      Petitioner,              *

vs.                                 *
                                       CASE NO. 4:03-CV-181 (CDL)
BRENDA MURRELL, Warden, and         *
MILTON NIX, et al.
                                *

      Respondent.

<u>ORDER ON RECOMMENDATION OF DISMISSAL
BY UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on May 31, 2005, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 27TH day of June, 2005.

<u>S/Clay D. Land</u>
        CLAY D. LAND
UNITED STATES DISTRICT JUDGE